Name & Address:
WEINTRAUB & SELTH, APC
Daniel J. Weintraub - Bar #132111
Elaine V. Nguyen- Bar #256432
11766 Wilshire Blvd., Suite 1170
Los Angeles, CA 90025

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MONIKA AREFI

PLAINTIFF(S)

v.

JPMORGAN CHASE BANK, N.A.

(See Attachment to Summons)

DEFENDANT(S).

CASE NUMBER

CV 12-2073-AJW

**SUMMONS**

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Elaine V. Nguyen_____, whose address is _11766 Wilshire Blvd., Suite 1170, Los Angeles, CA 90025_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated: __MAR 1 2 2012__

Clerk, U.S. District Court

By: __MARILYN DAVIS__
   Deputy Clerk

(SEAL)

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

Name: Elaine V. Nguyen - Bar #256432

Address: 11766 Wilshire Blvd., Suite 1170

Los Angeles, CA 90025

Phone: (310) 207-1494

Fax: (310) 442-0660

In Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIKA AREFI<br><br>Plaintiff<br>v.<br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant(s). | CASE NUMBER:<br><br><br>**ATTACHMENT TO SUMMONS** |

BANK OF AMERICA, N.A., AS SUCCESSOR IN INTEREST TO LASALLE BANK, NA., AS TRUSTEE FOR WAMU PASS-THROUGH CERTIFICATES, SERIES 2006-AR19; AND DOES 1-10

CV-127 (09/09)    PLEADING PAGE FOR A SUBSEQUENT DOCUMENT