NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

WEINTRAUB & SELTH, APC
Daniel J. Weintraub – Bar #132111
James R. Selth – Bar #123420
Elaine V. Nguyen – Bar #256432
11766 Wilshire Blvd., Suite 1170
Los Angeles, CA 90025
Telephone: (310) 207-1494
Facsimile: (310) 442-0660

ATTORNEYS FOR: Plaintiff, MONIKA AREFI

FILED
2012 MAR 12  AM 2: 54
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MONIKA AREFI

Plaintiff(s),

v.

JPMORGAN CHASE BANK, N.A., ET AL.

Defendant(s)

CASE NUMBER: CV 12 2073 -AJW

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Monika Arefi
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                                 **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

JPMORGAN CHASE BANK, N.A.                                                 Purported Mortgage Servicer; Purported Beneficiary of Promissory Note and Deed of Trust

BANK OF AMERICA, N.A., AS SUCCESSOR IN INTEREST
TO LASALLE BANK, NA., AS TRUSTEE FOR WAMU                                 Purported Beneficiary of Promissory Note and Deed of Trust
PASS-THROUGH CERTIFICATES, SERIES 2006-AR19

March 12, 2012
Date

Sign

Elaine V. Nguyen
Attorney of record for or party appearing in pro per