JS6

FILED
CLERK, U.S. DISTRICT COURT

AUG - 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Monika Arefi, et al,* | CASE NO. CV 12-2073-GHK (PLAx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| *JPMorgan Chase Bank, N.A., et al.,* | |
| Defendants. | |

Pursuant to the Court's August 3, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiffs Monika and Abolhossan Arefi's ("Plaintiffs") claims against Defendants JPMorgan Chase Bank, N.A. and U.S. Bank, N.A., as successor in interest to Bank of America, N.A., as successor in interest to LaSalle Bank, National Association, as Trustee for the WaMu Pass-Through Certificates, Series 2006-AR19 (erroneously as U.S. Bank, N.A., as successor in interest to U.S. Bank, N.A., as successor in interest to LaSalle Bank, N.A., as Trustee for WaMu Pass-Through Certificates, Series 2006-AR19) are **DISMISSED with prejudice.** Plaintiffs shall take nothing by this Complaint.

**IT IS SO ORDERED.**

DATED: August 3, 2012

GEORGE H. KING
United States District Judge